IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERI L. SHIMKUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 07 CV 06834 ) ) Judge: Honorable James B. Zagel |
| ELMER HALL, JR., RICHARD DIEHL, INC., ALEKSEY IVANOVICH VOLODKIN, and ZP TRANSPORT, INC., | ) ) ) ) |
| Defendants. | ) ) |

## **DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

NOW COME the Defendants, ELMER HALL, JR. and RICHARD DIEHL, INC., by and through their attorneys, Carlton D. Fisher and Megan L. Segura of the law firm of Hinshaw & Culbertson LLP, and at the close of the Plaintiff's case and, if necessary, at the close of all the evidence, respectfully request that the Court enter a judgment on behalf of Defendants as a matter of law pursuant to FRCP 50, for the reasons outlined in their Trial Brief on the Single Recovery Rule or Right to a Setoff.

Respectfully submitted,
HINSHAW & CULBERTSON LLP

By: /s/ *Carlton D. Fisher*
One of the Attorneys for Richard Diehl, Inc. and Elmer Hall, Jr.

Carlton D. Fisher
Megan L. Segura
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6530459v1 883243 53587