IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERI L. SHIMKUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 07 CV 06834 |
| ELMER HALL, JR. and RICHARD DIEHL, INC., | ) ) Judge: Honorable James B. Zagel ) Magistrate Judge Arlander Keys |
| Defendants. | ) ) ) ) |

## NOTICE OF FILING

TO: Scott Norris, Esq., Burnes & Libman, Two North LaSalle Street, Suite 600, Chicago, Illinois 60602

PLEASE TAKE NOTICE THAT on **February 3, 2010**, Defendants caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, their **Amended Answer to complaint, Defendants' Motion for Judgment as a Matter of Law and Defendants' Trial Brief Regarding the Single Recovery Rule or Right to a Setoff.**

Carlton D. Fisher and Megan L. Segura
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601
312-704-3450                                          /s/ *Carlton D. Fisher*
cfisher@hinshawlaw.com

## PROOF OF SERVICE

I, the undersigned, a non-attorney on oath, state that I served the above and foregoing by mailing a copy to the above listed party(ies) of record and depositing the same in the U.S. Mail at 222 North LaSalle, Chicago, Illinois by 5:00 p.m. on **February 3, 2010** with proper postage prepaid.

[x[ Under penalties as provided by law pursuant to section
1-109 of the Illinois Code of Civil Procedure, I certify that     s/Laura DeVisme
the statements set forth herein are true and correct.